**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dequandrick Wilson,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | No. CV-22-01192-PHX-JAT (JFM)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation ("R&R") from the Magistrate Judge recommending that Defendants Knipp and Does 1 through 50 be dismissed from this case without prejudice. (Doc. 29). Neither party has objected to the R&R and the time for objecting has expired.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"); *Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (the district court "must review de novo the portions of the [Magistrate Judge's] recommendations to which the parties object."). District courts are not required to conduct

"any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 U.S.C. § 636(b)(1) ("the court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made.").

Based on the foregoing and because there is no objection,

**IT IS ORDERED** that the Report and Recommendation (Doc. 29) is accepted.

**IT IS FURTHER ORDERED** that Defendants Knipp and Does 1 through 50 are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m). Because other Defendants remain, the Clerk of the Court shall not enter judgment at this time.

Dated this 7th day of June, 2023.

James A. Teilborg
Senior United States District Judge